UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-01254-MCS-PVC                                    Date   May 2, 2022

Title   *Juan Carlos Corral v. Staples The Office Superstore LLC et al*

Present: The Honorable   **Mark C. Scarsi, United States District Judge**

|  Stephen Montes Kerr  |  Marea Woolrich  |
|---|---|
|  Deputy Clerk  |  Court Reporter  |

Attorney(s) Present for Plaintiff(s):         Attorney(s) Present for Defendant(s):

Nathan Reese
Vilmarie Cordero

David P. Zins

**Proceedings:**   **Motion to Remand Case to Los Angeles Superior Court (ECF No. 12) and Scheduling Conference**

The motion hearing is held. Counsel address the Court. For reasons stated on the record, the Court denies the Motion to Remand Case to Los Angeles Superior Court (ECF No. 12).

The Court confers with counsel regarding the status of the case. The Court has reviewed the parties' April 4, 2022 Joint Report and is inclined to adopt Defendant's proposed schedule. A separate order will issue setting the deadlines and dates for this case. Discovery issues should be presented to Magistrate Judge Pedro V. Castillo.

IT IS SO ORDERED.