GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Hali M. Anderson (SBN 261816)
handerson@grahamhollis.com
Nathan Reese (SBN 283150)
nreese@grahamhollis.com
Allison E. Schubert (SBN 339991)
aschubert@grahamhollis.com
3555 Fifth Avenue Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff JUAN CARLOS CORRAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CORRAL, individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES THE OFFICE SUPERSTORE LLC, a limited liability company authorized to do business in the state of California, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.: 2-22-cv-01254-MCS-(PVCx)<br><br>[*Assigned to District Judge Mark C. Scarsi*]<br><br>**CERTIFICATE OF SERVICE** |

///
///
///
///
///
///
///

1
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

I am employed in the State of California, County of San Diego. I am over the age of 18 and not a party to the within suit: my business address is 3555 Fifth Avenue, Suite 200, San Diego, California 92103.

On September 13, 2022, I served the documents described as:

**1. PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT**

Upon:

**MORRISON & FOERSTER LLP**
Karen J. Kubin
425 Market Street
San Francisco, CA 94105-2482

**MORRISON & FOERSTER LLP**
Tritia M. Murata
David P. Zins
Maya Harel
Lauren R. Leibovitch
707 Wilshire Blvd.
Los Angeles, CA 90017-3543

☒ **BY ECF:** I hereby certify that this document was served by San Diego, California, by ECF delivery on the parties listed herein at their more recent known email addresses or e-mail of record in this action.

☐ **BY REGULAR MAIL:** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Diego, California. I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **BY EMAIL:** I hereby certify that this document was served by e-mail delivery on the parties listed herein at their most recent e-mail of record in this action from San Diego, California.

☐ **BY PERSONAL SERVICE:** I caused such document(s) to be placed in an envelope and delivered by hand to the business/home of the above addressee:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th day of September, 2022, at San Diego, California.

*Maggie Valdez*
Maggie Valdez

GrahamHollis APC
3555 Fifth Avenue
San Diego, California 92103

3
CERTIFICATE OF SERVICE