UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN CARLOS CORRAL, individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES THE OFFICE SUPERSTORE LLC, a limited liability company authorized to do business in the state of California, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.  2:22-cv-01254 MCS (PVCx)<br><br>(Assigned to Honorable Mark C. Scarsi)<br><br>**STIPULATION AND ORDER TO SUPPLEMENT THE PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION WITH HEIGHTENED LEVELS OF CONFIDENTIALITY**<br><br>CLASS ACTION<br><br>Courtroom: 7C<br><br>Complaint Filed: November 12, 2021<br><br>(Removed from Los Angeles Superior Court, Case No. 21STCV41815) |

Recognizing the need for heightened levels of protection for certain documents to be designated as "Highly Confidential –Attorneys' Eyes Only," plaintiff Juan Carlos Corral and defendant Staples The Office Superstore, LLC (collectively, the "Parties"), by and through their respective counsel of record, stipulate to and petition the Court to enter the following supplement to the

"Stipulated Protective Order" ("Protective Order") entered by the Court on May 13, 2022 as follows:

### Article I.  Good Cause Statement.

This is a putative class and PAGA representative action that is likely to involve discovery regarding trade secrets, commercial, financial, proprietary, and/or personal information for which special protection from public disclosure and from use for any purpose other than prosecution or defense of this action is warranted. Certain confidential and proprietary materials and information should be considered highly confidential because disclosure of such information would create substantial risk of serious financial or other injury that cannot be avoided by less restrictive means.  Accordingly, to expedite the flow of information, to facilitate the prompt resolution of disputes over the confidentiality of discovery materials, to adequately protect information the Parties are entitled to keep highly confidential, to ensure that the Parties are permitted reasonably necessary uses of such material in preparation for and in the conduct of trial, to address their handling at the end of the litigation, and to serve the ends of justice, a supplement to the Protective Order for such information is justified in this matter.  It is the intent of the Parties that information will not be designated as highly confidential for tactical reasons and that nothing be so designated without a good faith belief that it has been maintained in a highly confidential, non-public manner, and there is good cause why it should not be part of the public record of this case.

### Article II.  Supplement to Protective Order.

This is a supplement to the Parties' Protective Order.  All definitions and provisions in the May 13, 2022 Protective Order remain valid unless otherwise explicitly stated herein.  All terms, including but not limited to the designation, production, and use of confidential documents, apply to the heightened designation of "Highly Confidential – Attorneys' Eyes Only," unless otherwise stated herein.

### Article III.  Supplemental Definitions.

1. "Highly Confidential – Attorneys' Eyes Only" means any information which belongs to a Designating Party who believes in good faith that the Disclosure of such information to another Party or non-Party would create a substantial risk of serious financial or other injury that cannot be avoided by less restrictive means.

2. "Highly Confidential Materials" means any Documents, Testimony, or Information designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the provisions of the Parties' May 13, 2022 Protective Order and this Stipulation and Order to Supplement the Protective Order.

**Article IV.   <u>Designation of Confidential – Attorneys' Eyes Only.</u>**

Any document or tangible thing disclosed in the action that is reasonably believed to be "Highly Confidential – Attorneys' Eyes Only" by a Party producing the same shall be designated as such by marking the document or thing as "**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**" prior to production.

**Article V.   <u>Limited Disclosure of Confidential Information.</u>**

Highly Confidential Materials designated as "**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**" may be disclosed only to the following persons:

(a)   The Court;

(b)   (1) Attorneys of record in the Proceedings and their affiliated attorneys, paralegals, clerical and secretarial staff employed by such attorneys who are actively involved in the Proceedings and are not employees of any Party. (2) In-house counsel to the undersigned Parties and the paralegal, clerical and secretarial staff employed by such counsel.  Provided, however, that each non-lawyer given access to Highly Confidential Materials shall be advised that such Materials are being disclosed pursuant to, and are subject to, the terms of this Stipulation and Protective Order and that they may not be disclosed other than pursuant to its terms;

  (c) court reporters and videographers in this Proceeding (whether at depositions, hearings, or any other proceeding);

  (d) outside experts or expert consultants consulted by the undersigned Parties or their counsel in connection with the Proceeding, whether or not retained to testify at any oral hearing; subject to the terms set forth in Article VI (Non-Disclosure Agreement), below;

  (e) any other person that the Designating Party agrees to in writing.

  Disclosure of Highly Confidential Materials designated as "**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**" must be limited to the persons identified in (a) through (e) above. Confidential Materials, as defined in the Parties' Protective Order, and designated as "**CONFIDENTIAL**" under the Protective Order may be disclosed as provided in Paragraph 7 of the Protective Order.

**Article VI.** **Non-Disclosure Agreement.**

  Counsel for the Party who intends to disclose Highly Confidential Materials to any outside experts or expert consultants consulted by the undersigned Parties or their counsel in connection with the Proceeding, whether or not retained to testify at any oral hearing, shall be responsible for delivering a copy of the Parties' May 13, 2022 Protective Order and this Stipulation and Order to Supplement the Protective Order to such person, shall explain its terms to such person, and shall secure the signature of such person on a statement in the form attached hereto as Exhibit 1 prior to the Disclosure of Highly Confidential Materials, before disclosing any Highly Confidential Materials to that person. An expert or expert consultant receiving both Confidential Materials and Highly Confidential Materials must execute both Exhibit A to the May 13, 2022 Protective Order and Exhibit 1 to this Stipulation and Order to Supplement the Protective Order. Each Exhibit A and Exhibit 1 executed by an expert or consultant shall be retained by the procuring counsel and need not be produced to opposing counsel during the action except as

necessary in the case of a dispute concerning a violation of this Stipulation. It shall be the obligation of counsel, upon learning of any breach or threatened breach of the Parties' May 13, 2022 Protective Order and this Stipulation and Order to Supplement the Protective Order by any such expert or expert consultant, to promptly notify counsel for the Designating Party of such breach or threatened breach.

      This Stipulation and Protective Order may be executed in counterparts.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

FOR GOOD CAUSE SHOWN BY THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: October 27, 2022

_____
HON. PEDRO V. CASTILLO
United States Magistrate Judge

# EXHIBIT 1

**CERTIFICATION RE HIGHLY CONFIDENTIAL DISCOVERY MATERIALS**

I hereby acknowledge that I, _____ [NAME], _____ [POSITION AND EMPLOYER], am about to receive **Highly Confidential Materials** supplied in connection with the Proceeding, *Juan Carlos Corral v. Staples the Office Superstore, LLC*, U.S. District Court Case No. 2:22-cv-01254. I certify that I understand that the **Highly Confidential Materials** are provided to me subject to the terms and restrictions of the Stipulation and Protective Order and Stipulation and Order to Supplement the Protective Order filed in this Proceeding. I have been given copies of the Stipulation and Protective Order and Stipulation and Order to Supplement the Protective Order; I have read it, and I agree to be bound by its terms.

I understand that **Highly Confidential Materials**, as defined in the Stipulation and Order to Supplement the Protective Order, including any notes or other records that may be made regarding any such materials, shall not be disclosed to anyone except as expressly permitted by the Stipulation and Protective Order and Stipulation and Order to Supplement the Protective Order. I will not copy or use, except solely for the purposes of this Proceeding, any **Highly Confidential Materials** obtained pursuant to this Stipulation and Order to Supplement the Protective Order, except as provided therein or otherwise ordered by the Court in the Proceeding.

I further understand that I am to retain all copies of all **Highly Confidential Materials** provided to me in the Proceeding in a secure manner, and that all copies of such **Highly Confidential Materials** are to remain in my personal custody until termination of my participation in this Proceeding, whereupon the copies of such **Highly Confidential Materials** will be returned to counsel who provided me with such **Highly Confidential Materials**.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

DATED: _____     By: _____
                                        Signature

                                        _____
                                        Title

                                        _____
                                        Address

                                        _____
                                        City, State, Zip

                                        _____
                                        Telephone Number