UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  2:22-cv-01254-MCS-PVC                    Date  January 9, 2023

Title  *Juan Carlos Corral v. Staples The Office Superstore LLC et al*

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Nathan Reese | David P. Zins |
| Vilmarie Cordero (via telephone) | Lauren R. Leibovitch |
| Allison E. Schubert (via telephone) | Tritia M. Murata |

**Proceedings: Motion to Certify Class (ECF No. 48) and Defendant's Motion to Strike Corrected Declaration of Justin Regus (ECF No. 56)**

The motion hearing is held. Counsel address the Court. The Court takes the Motions UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.