GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Hali M. Anderson (SBN 261816)
handerson@grahamhollis.com
Nathan J. Reese (SBN 283150)
nreese@grahamhollis.com
Allison E. Schubert (SBN 339991)
aschubert@grahamhollis.com
3555 Fifth Avenue Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff JUAN CARLOS CORRAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CORRAL, individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES THE OFFICE SUPERSTORE LLC, a limited liability company authorized to do business in the state of California, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.: 2-22-cv-1254-MCS-(PVCx)<br><br>[*Assigned to District Judge Mark C. Scarsi*]<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: July 24, 2023<br>Time: 9:00 a.m.<br>Dept: 7C<br>Judge: Hon. Mark C. Scarsi<br><br>Complaint Filed: November 12, 2021<br>Trial Date: November 28, 2023 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 24, 2023 at 9:00 a.m. or as soon thereafter as the matter can be heard in Department 7C of the above-entitled courthouse, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff Juan Carlos Corral on behalf of himself and the class, will and hereby does move the Court for an order: (1) preliminarily approving settlement of Plaintiff's class action claims as stated in the Stipulation of Settlement and Release; (2) approving and directing distribution of the Class Notice and

Notice Plan; (3) appointing the Settlement Administrator; and (4) scheduling a Final Approval Hearing.

This Motion is supported by the following documents: (1) Plaintiff's Memorandum of Points and Authorities In Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement; (2) Declaration of Nathan J. Reese In Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement, and the Exhibits attached thereto; (3) Declaration of Juan Carlos Corral In Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement; (4) [Proposed] Order Granting Preliminary Approval; and (5) all records and pleadings filed in this actions and such argument and evidence which may be presented at or before the hearing.

Respectfully submitted,

Dated: June 22, 2023

GRAHAM**HOLLIS** APC

By: _____
ALLISON E. SCHUBERT
Attorney for Plaintiff
JUAN CARLOS CORRAL