GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Nathan J. Reese (SBN 283150)
nreese@grahamhollis.com
Allison E. Schubert (SBN 339991)
aschubert@grahamhollis.com
3555 Fifth Avenue Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff JUAN CARLOS CORRAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CORRAL, individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES THE OFFICE SUPERSTORE LLC, a limited liability company authorized to do business in the state of California, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.: 2-22-cv-1254-MCS-(PVCx)<br><br>[*Assigned to District Judge Mark C. Scarsi*]<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     January 8, 2024<br>Time:    9:00 a.m.<br>Dept:    7C<br>Judge:   Hon. Mark C. Scarsi<br><br>Complaint Filed: November 12, 2021 |

**TO THE COURT, DEFENDANT STAPLES THE OFFICE SUPERSTORE LLC, AND ITS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on January 8, 2024 at 9:00 a.m. in Department 7C of the United States District Court for the Central District of California – located at 350 West First Street, Los Angeles, California 90012, Plaintiff Juan Carlos Corral ("Plaintiff"), on behalf of himself and all others similarly situated, will, and hereby does move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of a Judgment and

Final Order approving the class action settlement reached between Plaintiff and Defendant Staples The Office Superstore LLC ("Defendant") (collectively "the Parties") in this case, and in particular:

1. Approving the class action settlement and distribution plan agreed upon by the Parties and preliminarily approved by the Court, which entails the distribution of a Gross Settlement Fund of $800,000.00 to the Settlement Class Members, Class Counsel for attorneys' fees and costs, the California Labor Workforce Development Agency ("LWDA"), the Class Representative Juan Carlos Corral as a service award, and the Settlement Administrator;

2. Finally approving that $30,000.00 of the Gross Settlement Fund be designated to resolve Private Attorneys General Act ("PAGA") claims, and that under Labor Code section 2699(i), 75% of the penalty payment ($22,500.00) will be paid to the LWDA, and 25% ($7,500.00) will be distributed to PAGA Group Members;

3. Finally approving the payment, from the Gross Settlement Fund of $5,000.00 to Plaintiff Juan Carlos Corral in recognition of his service to the Settlement Class, time spent in litigating this action, and risks undertaken as named Plaintiff;

4. Finally approving that $266,666.67 in attorneys' fees be paid to Class Counsel, GrahamHollis APC, as well as reimbursement of $74,333.77 in litigation costs actually incurred in prosecuting this action;

5. Finally approving the payment of $13,220.00 to the Settlement Administrator previously appointed by the Court, ILYM Group, Inc., for costs actually incurred and documented by the Settlement Administrator;

6. Finally approving the settlement as fair, adequate, and reasonable, based upon the terms set forth in the Parties' Settlement Agreement, and the Gross Settlement Fund of $800,000.00, to be allocated and paid pursuant to the terms of the Settlement Agreement, and ordering the Parties and the Settlement Administrator to carry out the terms of the Settlement;

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

7. Binding the Parties to the terms of the Settlement Agreement, including the Release specified therein, all of the other Settlement Class Members; and

8. Entering Judgment and Order in favor of the Final Approval of Class Action Settlement and Final Approval of Attorneys' Fees and Costs.

In support of this Motion, Plaintiff will rely on this Notice of Motion and the accompanying Memorandum of Points and Authorities, and the Declaration of Nathan J. Reese In Support of Plaintiff's Motion for Final Approval and the Exhibits attached thereto; the Memorandum of Points and Authorities and the Declaration of Nathan J. Reese In Support of Plaintiff's Motion for Approval of Attorneys' Fees and Costs and Class Representative Service Award and the Exhibits attached thereto; the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 76-1); Declaration of Nathan J. Reese In Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 76-2); Declaration of Juan Carlos Corral In Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 76-3); Declaration of Christina Fowler on Behalf of Settlement Administrator ILYM Group, Inc.; and on such other evidence and argument as may be submitted to the Court at or before the Final Approval Hearing.

Respectfully submitted,

Dated: December 11, 2023                         GRAHAM**HOLLIS** APC

By: _____
ALLISON E. SCHUBERT
Attorneys for Plaintiff
JUAN CARLOS CORRAL