UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:22-cv-01254-MCS-PVC | Date January 8, 2024 |
| Title *Juan Carlos Corral v. Staples The Office Superstore LLC et al* | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Vilmarie Cordero | Maya Harel |

**Proceedings:  Motion for Settlement Approval of Final Approval of Class Action Settlement (ECF No. [82]) and Motion for Attorney Fees (ECF No. [83])**

The motion hearing is held.  No objections have been filed nor any objectors are present.  Counsel address the Court.  For reasons stated on the record, the Court GRANTS the motions.  A separate and more detailed order will be issued.

IT IS SO ORDERED.